# United States Bankruptcy Court
## District of Colorado

In re  **Collective Speakers LLC**
Debtor(s)

Case No. 
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Collective Speakers LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 14, 2025**
Date

**/s/ Keri L. Riley**
**Keri L. Riley 47605**
Signature of Attorney or Litigant
Counsel for **Collective Speakers LLC**
**Kutner Brinen Dickey Riley PC**
**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
**303-832-2400 Fax:303-832-1510**
**klr@kutnerlaw.com**