Fill in this information to identify the case:

Debtor name: **Collective Speakers LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Administration**<br>409 3rd Street SW<br>Washington, DC 20416 | | US Bank - Checking - Acct# 5088 | | $480,901.68 | $22,000.00 | $458,901.68 |
| **Soundpeak Holdings, Inc.**<br>12100 Wilshire Blvd.<br>Suite 1540<br>Los Angeles, CA 90025 | | | | | | $161,145.18 |
| **Triton Recovery**<br>3111 North University Drive<br>Suite 604<br>ATTN: Valeria Weber<br>Coral Springs, FL 33065 | | MCA Resolution for Flash Funding | | | | $129,278.36 |
| **Brandon Wolf**<br>2131 9th Street NW<br>Apt. PH03<br>Washington, DC 20001 | | | | | | $126,147.30 |
| **Diversability LLC**<br>5288 Village Green<br>Los Angeles, CA 90016 | | | | | | $101,487.10 |
| **Darlene DiFrischia**<br>1424 16th Street<br>Greeley, CO 80631 | | Ownership Sale | | | | $100,000.00 |
| **Imani Barbarin**<br>10904 Valley Forge Circle<br>King of Prussia, PA 19406 | | | | | | $82,797.00 |

Debtor **Collective Speakers LLC**  
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Pinkmantaray, LLC**<br>1676 International Drive<br>Suite 640<br>Mc Lean, VA 22102 | | | | | | $68,999.69 |
| **Blair Imani**<br>674 Canterbury Road<br>San Marino, CA 91108 | | | | | | $44,390.26 |
| **crowd/MGMT, LLC**<br>84 North Summit Street<br>Southington, CT 06489 | | | | | | $39,525.43 |
| **U.S. Bank**<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | | **Credit Card** | | | | $30,537.97 |
| **Fundbox**<br>5760 Legacy Drive<br>Suite B3-535<br>ATTN: Tangela Brown<br>Plano, TX 75024 | | **Line of Credit** | | | | $29,680.44 |
| **Palette Media, Inc.**<br>245 East 93rd Street<br>Suite 21C<br>New York, NY 10128 | | | | | | $29,573.97 |
| **MacEvoy Players, Inc.**<br>1157 South Beverly Drive<br>Los Angeles, CA 90035 | | | | | | $28,295.24 |
| **Body Language Productions**<br>864 West End Avenue<br>Suite 5A<br>New York, NY 11205 | | | | | | $27,642.54 |
| **Lauren Ridloff, Inc.**<br>1157 South Beverly Drive<br>Los Angeles, CA 90035 | | | | | | $20,997.74 |
| **Sally Kohn**<br>103 Berkeley Place #2<br>Brooklyn, NY 11217 | | | | | | $20,400.00 |

Debtor **Collective Speakers LLC**　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Citi Advantage Credit Card**  **P.O. Box 6190**  **Sioux Falls, SD 57117** | | | | | | **$18,558.97** |
| **Elizabeth Leiba**  **9381 Indian Camp Road**  **Unit B**  **Columbia, MO** | | | | | | **$18,147.44** |
| **Yellow Amadeus LLC**  **674 Canterbury Road**  **ATTN: Blair Imani**  **San Marino, CA 91108** | | **Loan** | | | | **$18,000.01** |